**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00439-CV

## IN THE INTEREST OF E.H.G, A CHILD

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-54301-2013**

## ORDER

We **GRANT** court reporter Sheri J. Vecera's August 4, 2015 request for extension of time to file the reporter's record and **ORDER** the record be filed no later than September 4, 2015.


/s/    CRAIG STODDART
         JUSTICE